**NOT FOR PUBLICATION**

THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>MARIA C. SOARES,<br><br>    Respondent. | Civil Action No. 14-7851 (ES) (JAD)<br><br>**REPORT AND RECOMMENDATION** |

**JOSEPH A. DICKSON, U.S.M.J.**

This matter comes before the Court upon Petitioner the United States of America's ("Petitioner") Petition to Enforce an Internal Revenue Service ("IRS") Summons. (ECF No. 1). This Court Ordered that Respondent Maria C. Soares ("Respondent") appear on September 15, 2015, to show cause why she should not be compelled to respond to the IRS Summons. (ECF No. 11). The parties having appeared before the Court on September 15, 2015, and Petitioner having represented that it has received all necessary documentation from Respondent that is the subject of the IRS Summons, and for good cause shown,

**IT IS** on this 15th day of September, 2015

**RECOMMENDED** that Petitioner's Petition to Enforce an IRS Summons, (ECF No. 1), be DENIED as moot.

_____
JOSEPH A. DICKSON, U.S.M.J.

cc:     Hon. Esther Salas, U.S.D.J.